**Order entered June 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01411-CR

**ANTHONY PHIFER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75027-V**

## ORDER

On May 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On June 10, 2015, we received appellant's brief. On June 15, 2015, we struck the brief tendered by counsel because it contained the complete name of the complaining witness. We ordered counsel to file, within ten days, an amended brief that identifies the complaining witness by her initials only. The Court now has before it appellant's June 22, 2015 motion to extend time to file his brief. However, the extension request addresses the brief that was tendered on June 10, 2015, and is not in response to this Court's order striking the brief and ordering it redrawn. Accordingly, we **DENY** the June 22, 2015 extension motion as moot.

The Court's June 15, 2015 order striking the brief tendered on June 10, 2015 and ordering that an amended brief be filed within ten days remains in effect. Appellant's amended brief using only the initials of the child is due by **MONDAY, JUNE 29, 2015**.

We **DIRECT** the Clerk to send copies of this order to Daniel Oliphant and the Dallas County District Attorney's Office.

/s/ ADA BROWN
   JUSTICE